**Charles E. LAWSON, Jr.,
Plaintiff—Appellant,**

v.

**B.G. WILSON, Officer Sumter County,
Defendant—Appellee.**

No. 10–6251.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 22, 2010.

Decided: Aug. 2, 2010.

Charles E. Lawson, Jr., Appellant Pro Se. Alfred Johnston Cox, Ellis, Lawhorne & Sims, PA, Columbia, South Carolina, for Appellee.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles E. Lawson, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Lawson's motion for appointment of counsel and affirm for the reasons stated by the district court. *Lawson v. Wilson,* No. 0:08–cv–03917–GRA (D.S.C. Feb. 3, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*